608 A.2d 492

**ERIEVIEW CARTAGE, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE.**

Supreme Court of Pennsylvania.

Argued May 7, 1992.

June 11, 1992.

Gerry J. Elman, Frederic M. Wilf, Media for appellant.

Lawrence A. Salibra, II, Cleveland, Ohio, pro hac vice.

Michael A. Roman, Deputy Atty. Gen., Kevin A. Moury, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.